State of Nebraska ex rel. Nebraska State Bar
Association, relator, v. Richard D. Stansel, respondent.

531 N.W.2d 927

Filed May 19, 1995.   No. S-95-487.

White, C.J., Caporale, Lanphier, Wright, and Connolly,
JJ.

Per Curiam.

Richard D. Stansel was admitted to practice law in the State
of Nebraska on September 18, 1981.

On May 8, 1995, Stansel freely, voluntarily, and knowingly
(1) filed a voluntary surrender of his license to practice law in
Nebraska; (2) admitted that he violated Canon 1, DR
1-102(A)(1), (4), (5), and (6), of the Code of Professional
Responsibility as adopted by the Nebraska Supreme Court; (3)
admitted that he violated his oath of office as an attorney; and
(4) consented to the entry of an order of disbarment.

On February 27, 1995, a disciplinary complaint was filed
against Stansel by the Counsel for Discipline of the Nebraska
State Bar Association. The complaint alleged that Stansel
practiced law during a suspension for nonpayment of bar dues;
neglected to complete legal work in a timely manner for which
he was retained; and misled a client as to the status of her case
by telling her that her "Petition for Dissolution of Marriage"
had been filed when, in fact, the petition had not been filed.

As stated, Stansel freely, voluntarily, and knowingly admitted
that he violated DR 1-102(A)(1), (4), (5), and (6) of the Code
of Professional Responsibility. DR 1-102(A) provides that "[a]
lawyer shall not: (1) Violate a Disciplinary Rule[;] . . . (4)
Engage in conduct involving dishonesty, fraud, deceit, or
misrepresentation[;] (5) Engage in conduct that is prejudicial to
the administration of justice[; or] (6) Engage in any other
conduct that adversely reflects on his [or her] fitness to practice
law."

Stansel waived his right to notice, appearance, and hearing
prior to entry of this order.

We accept Stansel's surrender of his license to practice law

in Nebraska and order him disbarred from the practice of law in the State of Nebraska effective immediately.

JUDGMENT OF DISBARMENT.

FAHRNBRUCH, J., not participating.